**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 344 MAL 2022

       Respondent        :
                                    :
                                    :   Petition for Allowance of Appeal
                                    :   from the Order of the Superior Court

             v.                       :

JACOB ELWOOD BRAY,                 :

       Petitioner            :

## ORDER

**PER CURIAM**

      **AND NOW**, this 31st day of January, 2023, the Petition for Allowance of Appeal is **DENIED**.